# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-24-56-J ) |
| SARAH CHRISTINE ANNESLEY, LOGAN EUGENE STAPLETON, MONDALE LARUE GOLSTON, and GLORIA LESHELL BILLS, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This case is set on the Court's April 2024 jury trial docket. Any motions to continue trial shall be filed by noon on March 28, 2024. If Defendant will be changing his plea, the parties shall notify the Court no later than noon on March 28, 2024. The parties shall file all requested jury instructions, supported by appropriate authority, by Monday, April 1, 2024. Any objections to the requested jury instructions shall be filed by Wednesday, April 3, 2024.

IT IS SO ORDERED this 12th day of March, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE