# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR-24-056-J

Charging Document: **SS Information**  No. of Defendants: 1  Total No. of Counts: 1  Sealed: Y ☐

Forfeiture: Y ☐ N ☑  OCDETF: Y ☑ N ☐  McGirt: Y ☐ N ☑  Warrant ☐  Summons ☐  Notice ☑ N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: MW

| | |
|---|---|
| Name: **Logan Eugene Stapleton** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1989   SSN: XXX-XX-XXXX   Race: White | Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**              **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody      ☑ Detention Requested     Complaint: Y ☑  N ☐
☐ Type of Bond: _____
☑ In Custody at: Pottawatomie County              Magistrate Judge Case No.: MJ-24-026-AMG
Inmate/Prisoner/Register No.: USMS#: 94133-510    Previously Detained: Y ☑  N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: Ed Blau                     AUSA: Matthew P. Anderson
☑ CJA Panel         Address: 101 Park Ave., Ste. 600  Agent/Agency: DEA
☐ Retained                   Oklahoma City, Oklahoma 73102
                    Phone: (405) 232-2528             Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 21 U.S.C. § 841(b)(1)(B) – NLT 5 years and NMT 40 years imprisonment; $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |

**Signature of AUSA:** s/Matthew P. Anderson        **Date:** 05/28/2024