**SENTENCING MINUTE SHEET**                          DATE October 1, 2024
(Courtroom #303)

CASE NO. CR-24-056-J-2                          Style: USA v. Logan Eugene Stapleton

COMMENCED:  10:00 A.M.   ENDED:  10:45 A.M.
                                                TOTAL TIME:  45 mins

JUDGE Bernard M. Jones          DEPUTY: D. Wayne Lee          REPORTER: Christy Clark

| Plf Counsel: Matthew Anderson | Dft Counsel: Edward Blau |
| --- | --- |
|  | Daniel Page |
| Probation Officer: Amy Jackson | Interpreter: N/A |

SENTENCING MINUTE: Defendant appears in person with counsel.  Presentence Report reviewed by government's counsel, defendant's counsel and defendant. The Government does not object to the PSR, Defendant objects to the Paragraph 19.

Defendant withdraws its objection.

Govt.'s oral motion that defendant receiving the additional acceptance of responsibility credit under USSG 3E1.1(b) is GRANTED.

The Court adopts Presentence Report.

Arguments Heard.

Defendant address the Court.

Motion for downward variance is GRANTED.

☒    Defendant is sentenced to the custody of the Bureau of Prisons for a term of  120  months.

☒    Fine waived due to dft's inability to pay a fine.

☒    Court recommends that dft participate in the Inmate Financial Responsibility program, while incarcerated, at a rate determined by Bureau of Prisons staff in accordance with the requirements of the Inmate Financial Responsibility program.

☒    If eligible, it is recommended that the defendant participate in the Residential Drug Abuse Program while incarcerated.

☒    Upon expiration of sentence imposed herein, dft shall serve a term of supervised release of  5  yrs.

Defendant to abide by following conditions of supervision:

☒ Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

☒ The defendant shall comply with the standard conditions of supervision adopted by this Court and shall not possess a firearm or other destructive device and shall cooperate in the collection of DNA, as directed by law.

☒ The Court is not imposing community service.

**SPECIAL CONDITIONS:**

☒ The defendant shall comply with the special conditions listed in Part D of the PSR. The Court adopts the Probation Officer's justification for each of these conditions, as detailed in the Recommended Conditions of Supervision section of the report.

☒ Defendant Ordered to pay special assessment of $100 due immediately.

-------------------------------------------------------------------

☒ Defendant is advised of right to appeal the judgment, sentence and conviction to the US Court of Appeals for the Tenth Circuit and of right to appeal in forma pauperis.

-----------------------------------------------------------

☒ The Court recommends that the dft be incarcerated at FCI Texarkana, TX.

☒ Indictment dismissed upon motion of the government
☐ Superseding Indictment dismissed upon motion of the government
☐ Count(s) _____ of the Indictment dismissed upon motion of the gov't

Dft. is remanded to the custody of the U.S. Marshal.